IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CAPITAL ONE NA Capital One Auto Finance,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:19-CV-521-L** |
| **FENTON MOTORS OF DALLAS, INC.,** *Fenton Hyundai*; **FENTON NISSAN OF ROCKWALL, LLC,** *Fenton Nissan of Rockwall*; **and FENTON MOTORS OF PAMPA, INC.,** *Fenton Ford Lincoln Mercury*, | § § § § § § § § | |
| Defendants. | § | |

## **MEDIATION ORDER**

After reviewing the Joint Status Report filed in this case, the court **determines** that this case is appropriate for mediation. The parties are therefore **directed** to participate in mediation by **April 24, 2020**. All parties shall appear **in person,** unless excused by the court, before a mediator of the parties' mutual choosing and participate in mediation. If a party is an entity rather than an individual, a person with settlement authority must appear **in person** on behalf of the entity. The mediator shall submit a report to the court within three days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the form in a timely fashion. The mediator is ordered to return the form to the clerk of the court (not to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's

obligation to return the clerk's form is separate from the obligation to submit a report to the court.

**It is so ordered** this 10th day of May, 2019.

_____
Sam A. Lindsay
United States District Judge