**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 3:19-cv-00521 |
| FENTON MOTORS OF DALLAS, INC., D/B/A/ FENTON HYUNDAI, FENTON NISSAN OF ROCKWALL, LLC D/B/A FENTON NISSAN OF ROCKWALL AND FENTON MOTORS OF PAMPA, INC. D/B/A FENTON FORD LINCOLN MERCURY | § | |
| Defendants. | § | |

**DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFF'S**
**FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants Fenton Motors of Dallas, Inc. d/b/a Fenton Hyundai ("Fenton Hyundai"), Fenton Nissan of Rockwall, LLC d/b/a Fenton Nissan of Rockwall ("Fenton Nissan"), and Fenton Motors of Pampa, Inc., d/b/a Fenton Ford Lincoln Mercury ("Fenton Ford")(collectively "defendants") file this responsive pleading.

**DEFENDANTS' FIRST AMENDED ANSWER**

1.    Defendants deny the allegations contained in paragraph 1.

2.    Defendants admit that it sold "Receivables" to plaintiff. Defendants deny all other inferences and allegations to the extent that the paragraph suggests that all loan applications or loans sought out and acquired by defendants' customers were funded or serviced by plaintiff.

3.     Defendants admit that it was required to adhere to the terms of Dealer Agreements between each dealership and the plaintiff during the loan application, processing and finalization. Defendant admits that the Dealership Agreements require that defendants provide information as part of the application process. Defendants further admit that the Dealership Agreements speak for themselves. Defendants deny that they make any representations, warranties, or covenants outside of the terms and/or requirements of the Dealership Agreement(s) with respect to the allegations contained within paragraph 3.

4.     Defendants deny the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.     Defendant deny the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.     Information known or easily discoverable is insufficient to allow defendants to admit or deny the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.     Defendant admits the allegations contained in paragraph 7.

8.     Defendant admits the allegations contained in paragraph 8.

9.     Defendant admits the allegations contained in paragraph 9.

10.     Information known or easily discoverable is insufficient to allow defendants to admit or deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.     Information known or easily discoverable is insufficient to allow defendants to admit or deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

12.     Defendants admit the allegations contained in paragraph 12.

13.     Defendants admit the allegations contained in paragraph 13.

14.     Information known or easily discoverable is insufficient to allow defendants to admit or deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.     Defendants admit the allegations contained in paragraph 15.

16.     Defendant Fenton Hyundai admits the allegations contained in paragraph 16.

17.     Defendant Fenton Nissan admits the allegations contained in paragraph 17.

18.     Defendant Fenton Ford admits the allegations contained in paragraph 18.

19.     Defendants admit the allegations contained in paragraph 19, to the extent that it agreed to sell Receivables to the plaintiff. Defendants deny that it was under any exclusive obligation to sell all Receivables to the plaintiff.

20.     Defendants admit that they entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendants further admit that the document(s) speak for themselves in this respect. Defendants deny all other inferences contained within paragraph 20.

21.     Defendants admit that each Dealership Agreement speak for themselves. Defendants generally deny all other inferences.

22.     Defendant Fenton Hyundai admits that it sold at least 16 Receivables to plaintiff from October 3, 2017 to July 24, 2018. Defendant denies all other allegations and inferences in paragraph 22.

23.     Defendant Fenton Hyundai denies the allegations contained in paragraph 23.

24.     Defendant Fenton Hyundai denies the allegations contained in paragraph 24.

25.     Defendant Fenton Hyundai denies the allegations contained in paragraph 25.

26.     Defendant Fenton Hyundai denies the allegations contained in paragraph 26.

27.     Defendant Fenton Hyundai denies the allegations contained in paragraph 27.

28.     Defendant Fenton Hyundai denies the allegations contained in paragraph 28.

29.     Defendant Fenton Hyundai denies the allegations contained in paragraph 29.

30.     Defendant Fenton Hyundai denies the allegations contained in paragraph 30.

31.     Defendant Fenton Hyundai denies the allegations contained in paragraph 31.

32.     Defendant Fenton Hyundai denies the allegations contained in paragraph 32.

33.     Defendant Fenton Nissan admits that it sold at least 10 Receivables to plaintiff from October 3, 2017 to July 26, 2018. Defendant denies all other allegations and inferences in paragraph 33.

34.     Defendant Fenton Nissan denies the allegations contained in paragraph 34.

35.     Defendant Fenton Nissan denies the allegations contained in paragraph 35.

36.     Defendant Fenton Nissan denies the allegations contained in paragraph 36.

37.     Defendant Fenton Nissan denies the allegations contained in paragraph 37.

38.     Defendant Fenton Nissan denies the allegations contained in paragraph 38.

39.     Defendant Fenton Nissan denies the allegations contained in paragraph 39.

40.     Defendant Fenton Nissan denies the allegations contained in paragraph 40.

41.     Defendant Fenton Nissan denies the allegations contained in paragraph 41.

42.     Defendant Fenton Ford admits that it sold at least 20 Receivables to plaintiff from August 24, 2016 to September 25, 2018. Defendant denies all other allegations and inferences in paragraph 42.

43.     Defendant Fenton Ford denies the allegations contained in paragraph 43.

44.     Defendant Fenton Ford denies the allegations contained in paragraph 44.

45.     Defendant Fenton Ford denies the allegations contained in paragraph 45.

46.     Defendant Fenton Ford denies the allegations contained in paragraph 46.

47.     Defendant Fenton Ford denies the allegations contained in paragraph 47.

48.     Defendant Fenton Ford denies the allegations contained in paragraph 48.

49.     Defendant Fenton Ford denies the allegations contained in paragraph 49.

50.    Defendant Fenton Ford denies the allegations contained in paragraph 50.

51.    Defendant Fenton Ford denies the allegations contained in paragraph 51.

52.    Defendant Fenton Ford denies the allegations contained in paragraph 52.

53.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-52 as if fully set forth herein.

54.    Defendant Fenton Ford denies the allegations contained in paragraph 54.

55.    Defendant Fenton Ford denies the allegations contained in paragraph 55.

56.    Defendant Fenton Ford denies the allegations contained in paragraph 56.

57.    Defendant Fenton Ford denies the allegations contained in paragraph 57.

58.    Defendant Fenton Ford denies the allegations contained in paragraph 58.

59.    Defendant Fenton Ford denies the allegations contained in paragraph 59.

60.    Defendant Fenton Ford denies the allegations contained in paragraph 60.

61.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-60 as if fully set forth herein.

62.    Defendants deny the allegations contained in paragraph 62.

63.    Defendants deny the allegations contained in paragraph 63.

64.    Defendants deny the allegations contained in paragraph 64.

65.    Defendants deny the allegations contained in paragraph 65.

66.    Defendants deny the allegations contained in paragraph 66.

67.    Defendants deny the allegations contained in paragraph 67.

68.    Defendants deny the allegations contained in paragraph 68.

69.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-68 as if fully set forth herein.

70.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 70.

71.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 71.

72.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 72.

73.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 73.

74.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 74.

75.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 75.

76.   Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 76.

77.   Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-76 as if fully set forth herein.

78.   Defendant Fenton Ford denies the allegations contained in paragraph 78.

79.   Defendant Fenton Ford denies the allegations contained in paragraph 79.

80.   Defendant Fenton Ford denies the allegations contained in paragraph 80.

81.   Defendant Fenton Ford denies the allegations contained in paragraph 81.

82.   Defendant Fenton Ford denies the allegations contained in paragraph 82.

83.   Defendant Fenton Ford denies the allegations contained in paragraph 83.

84.   Defendant Fenton Ford denies the allegations contained in paragraph 84.

85.   Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-84 as if fully set forth herein.

86.   Defendant Fenton Hyundai denies the allegations contained in paragraph 86.

87.   Defendant Fenton Hyundai denies the allegations contained in paragraph 87.

88.   Defendant Fenton Hyundai denies the allegations contained in paragraph 88.

89.   Defendant Fenton Hyundai denies the allegations contained in paragraph 89.

90.   Defendant Fenton Hyundai denies the allegations contained in paragraph 90.

91.   Defendant Fenton Hyundai denies the allegations contained in paragraph 91.

92.   Defendant Fenton Hyundai denies the allegations contained in paragraph 92.

93.   Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-92 as if fully set forth herein.

94.   Defendants Fenton Hyundai and Fenton Nissan admit the allegations contained in paragraph 94.

95.   Defendants Fenton Hyundai and Fenton Nissan admit that they entered into a Dealership Agreement with the plaintiff, and that the documents speak for themselves. Defendants deny all other inferences and/or allegations contained within paragraph 95.

96.   Defendants Fenton Hyundai and Fenton Nissan deny the allegations contained in paragraph 96.

97.   Defendants Fenton Hyundai and Fenton Nissan deny the allegations contained in paragraph 97.

98.   Defendants Fenton Hyundai and Fenton Nissan admit the allegations contained in paragraph 98.

99.     Defendants Fenton Hyundai and Fenton Nissan admit the allegations contained in paragraph 99.

100.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-99 as if fully set forth herein.

101.    Defendant admits that Fenton Hyundai and Fenton Ford each entered into a separate, independent Dealer Agreement with plaintiff.

102.    Defendants Fenton Hyundai and Fenton Ford admit that they entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendants further admit that the Dealer Agreement(s) speak for themselves. Defendants deny all other inferences and/or allegations contained within paragraph 102.

103.    Defendants Fenton Hyundai and Fenton Ford deny the allegations contained in paragraph 103.

104.    Defendants Fenton Hyundai and Fenton Ford admit the allegations contained in paragraph 104.

105.    Defendants Fenton Hyundai and Fenton Ford admit the allegations contained in paragraph 105.

106.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-106 as if fully set forth herein.

107.    Defendants admit the allegations contained in paragraph 107.

108.    Defendants admit that they entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendants

further admit that the Dealer Agreement(s) speak for themselves. Defendants deny all other inferences and/or allegations contained within paragraph 108.

109. Defendants admit that they entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendants further admit that the Dealer Agreement(s) speak for themselves. Defendants deny all other inferences and/or allegations contained within paragraph 109.

110. Defendants deny the allegations contained within paragraph 110.

111. Defendants admit the allegations contained within paragraph 111.

112. Defendants admit the allegations contained within paragraph 112.

113. Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-113 as if fully set forth herein.

114. Defendant Fenton Hyundai admits the allegations in paragraph 114.

115. Defendant Fenton Hyundai admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendants further admit that the Dealer Agreement(s) speak for themselves. Defendant Fenton Hyundai denies all other inferences and/or allegations contained within paragraph 115.

116. Defendant Fenton Hyundai admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendants further admit that the Dealer Agreement(s) speak for themselves. Defendant Fenton Hyundai denies all other inferences and/or allegations contained within paragraph 116.

117. Defendant Fenton Hyundai denies the allegations contained in paragraph 117.

118.    Defendant Fenton Hyundai admits the allegations contained in paragraph 118.

119.    Defendant Fenton Hyundai admits the allegations contained in paragraph 119.

120.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-120 as if fully set forth herein.

121.    Defendant Fenton Ford admits the allegations contained in paragraph 121.

122.    Defendant Fenton Ford admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendant Fenton Ford further admits that the Dealer Agreement(s) speak for themselves. Defendant Fenton Ford denies all other inferences and/or allegations contained within paragraph 122.

123.    Defendant Fenton Ford admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendant Fenton Ford further admits that the Dealer Agreement(s) speak for themselves. Defendant Fenton Ford denies all other inferences and/or allegations contained within paragraph 123.

124.    Defendant Fenton Ford denies the allegations contained in paragraph 124.

125.    Defendant Fenton Ford admits the allegations contained in paragraph 125.

126.    Defendant Fenton Ford admits the allegations contained in paragraph 126.

127.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-126 as if fully set forth herein.

128.    Defendant Fenton Ford admits the allegations contained in paragraph 128.

129.    Defendant Fenton Ford admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound

by. Defendant Fenton Ford further admits that the Dealer Agreement(s) speak for themselves. Defendant Fenton Ford denies all other inferences and/or allegations contained within paragraph 129.

130.    Defendant Fenton Ford denies the allegations contained in paragraph 130.

131.    Defendant Fenton Ford admits the allegations contained in paragraph 131.

132.    Defendant Fenton Ford admits the allegations contained in paragraph 131.

133.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-132 as if fully set forth herein.

134.    Defendant Fenton Nissan admits the allegations contained in paragraph 134.

135.    Defendant Fenton Nissan admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendant Fenton Nissan further admits that the Dealer Agreement(s) speak for themselves. Defendant Fenton Nissan denies all other inferences and/or allegations contained within paragraph 135.

136.    Defendant Fenton Nissan admits that it entered into a Dealership Agreement with the plaintiff, and that the contract contained terms and conditions that both parties were bound by. Defendant Fenton Nissan further admits that the Dealer Agreement(s) speak for themselves. Defendant Fenton Nissan denies all other inferences and/or allegations contained within paragraph 135.

137.    Defendant Fenton Nissan denies the allegations contained in paragraph 137.

138.    Defendant Fenton Ford admits the allegations contained in paragraph 131.

139.    Defendant Fenton Ford admits the allegations contained in paragraph 131.

140.    Defendants incorporate their answer to Plaintiff's Complaint, paragraphs 1-139 as if fully set forth herein.

141.    Defendants admit the allegations contained in paragraph 141.

142.    Defendants admit the allegations contained in paragraph 142.

143.    Defendants deny the allegations contained in paragraph 143.

144.    Defendants deny the allegations contained in paragraph 144.

145.    Defendants deny the allegations contained in paragraph 145.

146.    Defendants admit the allegations contained in paragraph 146.

147.    Defendant Fenton Nissan denies the allegations contained in paragraph 147.

148.    Information known or easily obtainable is insufficient to allow Fenton Hyundai to admit or deny the allegations contained in paragraph 148.

149.    Information known or easily obtainable is insufficient to allow Fenton Hyundai to admit or deny the allegations contained in paragraph 149.

150.    Defendant Fenton Nissan denies the allegations contained in paragraph 150.

151.    Information known or easily obtainable is insufficient to allow Fenton Nissan to admit or deny the allegations contained in paragraph 151.

152.    Information known or easily obtainable is insufficient to allow Fenton Nissan to admit or deny the allegations contained in paragraph 152.

153.    Defendant Fenton Ford denies the allegations contained in paragraph 153.

154.    Information known or easily obtainable is insufficient to allow Fenton Ford to admit or deny the allegations contained in paragraph 154.

155.    Information known or easily obtainable is insufficient to allow Fenton Ford to admit or deny the allegations contained in paragraph 155.

156.    Information known or easily obtainable is insufficient to allow defendants to admit or deny the allegations contained in paragraph 156.

157.    Defendants deny the allegations contained in paragraph 157.

158.    Defendants deny the allegations contained in paragraph 158.

159.    Defendants deny the allegations in-so-far as any are made within plaintiff's "Prayer for Relief," sub-parts 1-7.

## JURY DEMAND

Defendants demand a trial by jury.

## AFFIRMATIVE DEFENSES

160.    Pleading in the alternative, defendant Fenton Ford pleads the affirmative defense of statute of limitations.

161.    Pleading further in the alternative, defendants plead the affirmative defense of waiver.

162.    Pleading further in the alternative, defendants plead the affirmative defense of laches.

163.    Pleading further in the alternative, defendants plead the affirmative defense of ratification.

164.    Pleading further in the alternative, defendants plead the affirmative defense of equitable estoppel.

165.    Pleading further in the alternative, defendants plead the affirmative defense of disclosure.

166.    Pleading further in the alternative, defendants plead the affirmative defense of mitigation.

167.    Pleading further in the alternative, defendants plead the affirmative defense of failure to observe all conditions precedent to recovery under the Dealer Agreement(s).

Respectfully submitted,

**WHITE ❖ SHAVER**
205 W. Locust Ave.
Tyler, Texas 75702
Telephone: 903/533-9447
Telefax: 903/595-3766

13

By:      */s/  Adam B. Allen*
**CLAY M. WHITE**
State Bar No. 21292220
CWhite@whiteshaverlaw.com
**ADAM B. ALLEN**
State Bar No. 24038738
AAllen@whiteshaverlaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day November, 2019 a true and correct copy of the foregoing document was furnished to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Adam B. Allen*
Adam B. Allen

14